UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------ x

TRUSTEES OF THE UNITED PLANT AND
PRODUCTION WORKERS LOCAL 175
BENEFITS FUND,

    Plaintiff,

- against -

J. PIZZIRUSSO LANDSCAPING CORP.,
JOHN PIZZIRUSSO, and JOHN DOE
COMPANY,

    Defendants.

------------------------------------------------------------ x

Case No. 16 Civ. 5528 (JFB) (SIL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 23 2017  ★

LONG ISLAND OFFICE

## JOINT PROPOSED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 26(f), the parties jointly submit the following proposed discovery plan.

**Deadlines and Court Appearances**

 A. Exchange of Rule 26(a)(1) Disclosures: The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **October 23, 2017**.

 B. Service of First Interrogatories and Document Demands: The parties will serve its first set of interrogatories and document requests by **November 6, 2017**.

 C. Responses to First Interrogatories and Document Demands: Unless otherwise agreed, the receiving party shall serve its objections and responses by **December 8, 2017**.

 D. Motions to Join New Parties or Amend the Pleadings: Any motion to join additional parties or to otherwise amend the pleadings shall be filed by **January 8, 2017**.

 E. Status Conference in Courtroom 820: To be determined by the Court.

 F. Identification of Case-in-Chief Experts: Case-in-chief experts, if any, shall be disclosed by: **Not Currently Contemplated**.

 G. Rule 26 Disclosures for Case-in-Chief Experts: If expert testimony is used in this case, disclosures required by Fed. R. Civ. P. 26(a)(2) regarding all case-in-chief experts, including reports from retained experts, shall be served by: **Not Currently Contemplated**.

4821-8079-6242v.1 0103488-000004

H. <u>Identification of Rebuttal Experts</u>: Rebuttal experts, if any, shall be disclosed by: **Not Currently Contemplated**.

I. <u>Rule 26 Disclosures for Rebuttal Experts</u>: If expert testimony is used in this case, disclosures required by Fed. R. Civ. P. 26(a)(2) regarding all rebuttal experts, including reports from retained experts, shall be served by: **Not Currently Contemplated**.

J. <u>Completion of Depositions/Completion of all Discovery</u>: All discovery, including depositions, will be commenced or served in time to be completed by **April 1, 2018**.

K. <u>Commencement of Summary Judgment Motion Practice</u>: Summary Judgment or other dispositive motion practice shall commence no later than **May 15, 2018**.

L. <u>Pretrial Conference in Courtroom 820</u>: To be determined by the Court. 6/19/18 @ 11 AM

Dated: 10/23, 2017

/s/ STEVEN I. LOCKE
Hon. Steven I. Locke
U. S. Magistrate Judge

/s/Vito A. Palmieri
Vito A. Palmieri
Joseph P. Fusco
Palmieri Castiglione & Associates, PC
250 Mineola Boulevard, 2nd Floor
Mineola, NY 11501
Phone: (516) 248-9595
Fax: (516) 248-7897
Email: vpalmieri@pcnylaw.com

*Counsel for Plaintiff*

/s/Lyle S. Zuckerman
Lyle S. Zuckerman
DAVISE WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Phone: (212) 489-8230
Fax: (212) 489-8340
Email: lylezuckerman@dwt.com

*Attorneys for Defendants
J. Pizzirusso Landscaping Corp. and
John Pizzirusso*