| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/30/18<br>TIME:  10:30 am |

CASE:  **CV 16-5528(JFB) Trustees of the United Plant and Production et al v. J. Pizzirusso Landscaping Corp. et al**

TYPE OF CONFERENCE: STATUS            FTR: 11:03-11:10

APPEARANCES:
    For Plaintiff:   Vito Palmieri

    For Defendant:  Lyle Zuckerman

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Status conference held.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    4/12/18 at 11:00 am           : Status conference


                            SO ORDERED

                             /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge