| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE:  4/12/2018<br>TIME:   11:00 am |

CASE:  **CV 16-5528(JFB) Trustees of the United Plant and Production Workers Local 175 Benefits Fund v. J. Pizzirusso Landscaping Corp. et al**

TYPE OF CONFERENCE:   STATUS          FTR:

APPEARANCES:
   For Plaintiff:    No Appearance

   For Defendant: Lyle Zuckerman

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  No appearance from plaintiff. The plaintiff is reminded that repeated failures to appear will result in a recommendation to the District Judge to dismiss this case for failure to prosecute pursuant to Fed. R. Civ. P. 41.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   4/20/18 at 11:30 am  : Status conference

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge